IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID CRANK,

      Appellant,

v.

Case No.  5D22-335
LT Case No. 2016-CA-979-A

MARY JANE CRANE AND LUZ M. SAMA,

      Appellees.

_____/

Decision filed March 14, 2023

Appeal from the Circuit Court
for Citrus County,
Carol A. Falvey, Judge.

Kevin K. Dixon, of Kevin K. Dixon,
P.A., Inverness, for Appellant.

Casey C. Harrison, of Harrison
Estate Law, P.A., Gainesville, for
Appellee, Mary J. Crane.

No Appearance for Appellee, Luz M. Sama.

PER CURIAM.

     AFFIRMED.


WALLIS, EISNAUGLE and MACIVER, JJ., concur.